JS-6

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JONATHAN McCAVERTY, Deputy County Counsel
(SBN 210922) • *jmccaverty@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1828 · Fax: (213) 626-2105

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCHEZ LARONDA HARRISON,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPUTY CHARLES KOVACH, SERGEANT SHAWN E. JONES AND THE COUNTY OF LOS ANGELES,<br><br>   Defendants. | CASE NO. CV10-6053 SVW (AJWx)<br><br>**ORDER OF DISMISSAL BASED ON STIPULATION** |

### ORDER OF DISMISSAL BASED ON STIPULATION

HOA.745328.1

ORDER OF DISMISSAL

CV10-6053 SVW (AJWx)

1  Based upon the Stipulation of Dismissal and good cause appearing, it is
2  Ordered that the above-captioned action be and hereby is dismissed with prejudice.
3
4  IT IS SO ORDERED:
5
6  DATED: November 23, 2010         _____
7                                    HON. STEPHEN V. WILSON
8                                    U.S. District Court Judge

HOA.745328.1                                                 CV10-6053 SVW (AJWx)
ORDER OF DISMISSAL                    -2-